IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LLOYD A. NELSON, JR.,<br><br>Defendant. | 4:25CR3079<br><br>INDICTMENT<br><br>18 U.S.C. § 641 |

The Grand Jury charges that:

## COUNT ONE

Between, on, or about March 15, 2022, and September 16, 2025, in the District of Nebraska, the defendant, LLOYD A. NELSON, JR., willfully and knowingly did embezzle, steal, purloin, and convert to his own use money of the General Services Administration, a department or agency of the United States, to which he knew he was not entitled, and having a value exceeding $1,000.

This was done in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney